PILLSBURY WINTHROP SHAW PITTMAN LLP
DAVID A. JAKOPIN (SBN 209950)
david.jakopin@pillsburylaw.com
PAUL E. THOMAS (SBN 208577)[1]
paul.thomas@pillsburylaw.com
2550 Hanover Street
Palo Alto, CA 94304-1115
Telephone:       650.233.4500
Facsimile:       650.233.4545

Attorneys for Defendant
United States Distilled Products Co.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK DANIEL'S PROPERTIES, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES DISTILLED PRODUCTS CO., a Minnesota corporation,<br><br>Defendant. | Case No. 3:22-cv-03262-WHO<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Judge:  The Honorable William H. Orrick |

Pursuant to Civil Local Rule 6-1(a), Defendant United States Distilled Products Co. and Plaintiff Jack Daniel's Properties, Inc., by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiff filed the Complaint on June 3, 2022;

WHEREAS, the Summons and Complaint were served on June 13, 2022, and the response is due on July 5, 2022;

WHEREAS, Defendant has requested and Plaintiff has consented to a 14-day extension for Defendant to answer or otherwise respond to Plaintiff's Complaint; and

WHEREAS, the additional 14 days for Defendant to answer or otherwise respond to Plaintiff's complaint will not alter the date of any event or any deadline already fixed by Court order.

---

[1] Admission to the Northern District forthcoming.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Defendant shall answer or otherwise respond to Plaintiff's Complaint by July 19, 2022.

| | |
|---|---|
| Dated: July 1, 2022 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| | */s/ David A. Jakopin* <br> DAVID A. JAKOPIN <br> PAUL E. THOMAS |
| | Attorneys for Defendant <br> United States Distilled Products Co. |
| Dated: July 1, 2022 | HANSON BRIDGETT LLP |
| | */s/ Raffi V. Zerounian* <br> RAFFI V. ZEROUNIAN <br> GARNER K. WENG <br> JUSTIN P. THIELE |
| | Attorneys for Plaintiff <br> Jack Daniel's Properties, Inc. |

**ATTESTATION**

Pursuant to Local Rule 5-1(h)(3), all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: July 1, 2022     */s/ David A. Jakopin*
                        David A. Jakopin