HANSON BRIDGETT LLP
RAFFI V. ZEROUNIAN, SBN 236388
rzerounian@hansonbridgett.com
GARNER K. WENG, SBN 191462
gweng@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:     (415) 777-3200

JUSTIN P. THIELE, SBN 311787
Jthiele@hansonbridgett.com
777 S Figueroa Street, Suite 4200
Los Angeles, California 90017
Telephone:     (213) 395-7632

*Attorneys for Plaintiff Jack Daniel's Properties, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK DANIEL'S PROPERTIES, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DISTILLED PRODUCTS CO., a Minnesota corporation, <br><br> Defendant. | Case No. 3:22-cv-3262-TLT <br><br> **Dismissal Without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii)** |

Plaintiff Jack Daniel's Properties, Inc. ("JDPI" or "Plaintiff") and Defendant United States Distilled Products Co. ("USDP" or "Defendant") hereby stipulate and agree pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure that the above-captioned action and all claims asserted in the Complaint of this action be dismissed **without prejudice**, with each party to bear its own attorneys' fees and costs.

**It is so stipulated.**

| | | |
|---|---|---|
| DATED: December 27, 2022 | | HANSON BRIDGETT LLP |

By:   */s/ Raffi Zerounian*
     RAFFI V. ZEROUNIAN
     GARNER K. WENG
     JUSTIN P. THIELE
     Attorneys for Plaintiff Jack Daniel's Properties, Inc.

DATED: December 27, 2022            PILLSBURY WINTHROP SHAW PITTMAN LLP

By:   */s/ David Jakopin*
     DAVID A. JAKOPIN
     PAUL E. THOMAS
     Attorneys for Defendant
     United States Distilled Products Co.

**Filer's Attestation**

Pursuant to Civil Local Rule 5-1(h)(3), the undersigned hereby attests that concurrence in the filing of the document has been obtained from all of the signatories above.

DATED: December 27, 2022            HANSON BRIDGETT LLP

By:   */s/ Raffi Zerounian*
     RAFFI V. ZEROUNIAN
     GARNER K. WENG
     JUSTIN P. THIELE
     Attorneys for Plaintiff Jack Daniel's Properties, Inc.